**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ANATASIIA AGARKOVA | CIVIL ACTION NO. 26-1626 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MICHA NEAL, ET AL. | MAGISTRATE JUDGE McCLUSKY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the petitioner's written objections, Record Document 19, along with respondent's response to petitioner's objection, Record Document 22, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner Anatasiia Agarkova's Petitions for Writ of Habeas Corpus, Record Documents 1 and 5, are **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that petitioner's Motion to Expedite Reconsideration, Record Document 17, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE